UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI PIERCE DIVISION

Case No. 08-20488-MC-GRAHAM

IN RE: Letter Rotatory from
Costa Rica Requesting Assistance
in Criminal Matters in the Matter of
Carlos Manuel Ruiz Garcia

**CLOSED CIVIL CASE**

_____/

### ORDER

**THIS CAUSE** comes before the Court upon a review of the record. There has been no activity in this cause since the initial application for judicial assistance [D.E. 1] filed on February 22, 2008. Furthermore, the Office of the United States Attorney has advised that there are no further matters for the Court in connection with this case. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3⟨?⟩ day of June, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record